IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge R. Brooke Jackson

Civil Action No 13-cv-01311-RBJ

HAROLD J. MARTINEZ,

    Plaintiff,

v.

JONES LANG LASALLE AMERICAS, INC.,

    Defendant.

## ORDER SETTING TRIAL AND TRIAL PREPARATION CONFERENCE

This matter has been scheduled for a **three-day bench trial** on the docket of Judge R. Brooke Jackson in the U.S. District Courthouse, Courtroom A902, 9th Floor, 901 19th Street, Denver, Colorado, to commence on **August 18, 2014 at 9:00 a.m.**

A Trial Preparation Conference is set for **July 23, 2014 at 8:00 a.m.** Counsel who will try the case shall attend in person.

During the Trial Preparation Conference the parties should be prepared to address: witnesses and evidence, anticipated evidentiary issues, stipulations as to fact, and any other issue affecting the duration or course of the trial.

For additional information, please review my practice standards located at www.cod.uscourts.gov/CourtOperations/RulesProcedures/JudicialPracticeStandards.aspx .

DATED this 20th day of August, 2013.

BY THE COURT:

*Brooke Jackson*

_____

R. Brooke Jackson
United States District Judge

Case 1:13-cv-01311-RBJ   Document 11   Filed 08/20/13   USDC Colorado   Page 2 of 2