IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge R. Brooke Jackson

Civil Action No 13-cv-01311-RBJ

HAROLD J. MARTINEZ,

    Plaintiff,

v.

JONES LANG LASALLE AMERICAS, INC.,

    Defendant.

---

AMENDED ORDER SETTING TRIAL AND TRIAL PREPARATION CONFERENCE

---

    This matter has been scheduled for a **three-day JURY trial** on the docket of Judge R. Brooke Jackson in the U.S. District Courthouse, Courtroom A902, 9th Floor, 901 19th Street, Denver, Colorado, to commence on **August 18, 2014 at 9:00 a.m.**

    A Trial Preparation Conference is set for **July 23, 2014 at 8:00 a.m.** Counsel who will try the case shall attend in person.

    During the Trial Preparation Conference the parties should be prepared to address: **jury instructions, jury selections**, witnesses and evidence, anticipated evidentiary issues, stipulations as to fact, and any other issue affecting the duration or course of the trial. **Proposed jury instructions should be emailed to Jackson_chambers@cod.uscourts.gov at least 48 hours in advance of the Trial Preparation Conference.**

    For additional information, please review my practice standards located at www.cod.uscourts.gov/CourtOperations/RulesProcedures/JudicialPracticeStandards.aspx .

    DATED this 21th day of August, 2013.

BY THE COURT:

*/s/ Brooke Jackson*

_____
R. Brooke Jackson
United States District Judge