## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 1:13-cv-01311-RBJ

HAROLD MARTINEZ,

    Plaintiff,

v.

JONES LANG LASALLE AMERICAS, INC.,

    Defendant.

___

### ORDER OF DISMISSAL WITH PREJUDICE
___

WHEREAS, pursuant to Fed. R. Civ. P. 41(a), the parties have jointly stipulated to the dismissal of this action with prejudice, each party to bear its or his own costs.

IT IS HEREBY ORDERED that this action is dismissed with prejudice, each party to bear his or its own costs.

Dated this 7th day of May, 2014.

    BY THE COURT:

*/s/ Brooke Jackson*

    U.S. District Court Judge